Mark A. Nadeau (Bar No. 011280)
mark.nadeau@dlapiper.com
Leon Medzhibovsky (*pro hac vice*)
leon.m@dlapiper.com
Allison L. Kierman (Bar No. 024414)
allison.kierman@dlapiper.com
Airina L. Rodrigues (*pro hac vice*)
airina.rodrigues@dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road,
Esplanade II, Suite 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101

Attorneys for Defendants
Hugo Boss USA, Inc. and Hugo Boss Retail, Inc.

Tom McGovern
McGOVERN LAW OFFICES
4518 North 32nd St., Ste. 100
Phoenix, AZ 85018
Tel: 602.528.4742
Fax: 602.253.4909

Attorneys for Plaintiffs
XY Skin Care & Cosmetics, LLC, Micky A. Gutier and Alberto Gutier III

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| XY SKIN CARE & COSMETICS, L.L.C., an Arizona limited liability company, MICKY A. GUTIER, an individual, and ALBERTO GUTIER III, an individual,<br><br>Plaintiffs,<br>v.<br>HUGO BOSS USA, INC., a Delaware corporation, HUGO BOSS RETAIL, INC., a Delaware corporation, XYZ CORPORATION, ABC CORPORATION, and JOHN and JANE DOES,<br><br>Defendants.<br>-----------------------------------------------<br>HUGO BOSS USA, INC., a Delaware corporation, HUGO BOSS RETAIL, INC., a Delaware Corporation,<br><br>Counterclaimants,<br>v.<br>XY SKIN CARE & COSMETICS, L.L.C., an Arizona limited liability company, MICKY A. GUTIER, an individual, and ALBERTO GUTIER, III, an individual,<br><br>Counterdefendants. | CASE NO. 2:08-cv-01467-PHX<br><br>**JOINT STATUS REPORT**<br><br>Before: the Hon. Roslyn O. Silver |

1    Pursuant to this Court's Second Amended Rule 16 Scheduling Order [Docket No.
2    106], the Parties hereby jointly apprise the Court of the status of their settlement
3    discussions.
4    Discovery is closed; Defendants' Motion for Summary Judgment is pending
5    before the Court.  Counsel are discussing the possibility of non-binding mediation to
6    further resolution of this case, and Plaintiffs' counsel has proposed dates for such
7    mediation in January or February of 2011.  Defendants request that mediation should
8    not delay the Court's ruling on pending motions in this case.
9    RESPECTFULLY SUBMITTED this 23rd day of December, 2010.

| By: /s/  Tom McGovern | By: /s/  Leon Medzhibovsky |
|---|---|
| **MCGOVERN LAW OFFICES** | **DLA PIPER LLP (US)** |
| Tom McGovern | Mark A. Nadeau |
| *Attorney for Plaintiffs XY Skin Care & Cosmetics, LLC, Micky Gutier and Alberto Gutier III* | Leon Medzhibovsky |
|  | Allison L. Kierman |
|  | Airina L. Rodrigues |
|  | *Attorneys for Defendants Hugo Boss USA, Inc. and Hugo Boss Retail, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Thomas P. McGovern
McGovern Law Offices
4518 North 32nd Street, Suite 1000
Phoenix, AZ 85018

*Attorney for Plaintiffs*

s/      *Pat Kelly*