# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| XY Skin Care & Cosmetics, LLC, an Arizona limited liability company, et al., <br><br> Plaintiffs/Counterdefendants <br><br> v. <br><br> Hugo Boss USA, Inc., a Delaware corporation, et al., <br><br> Defendants/Counterclaimants | **JUDGMENT IN A CIVIL CASE** <br><br> CV 08-1467-PHX-ROS |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 25, 2011, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and this action is hereby terminated.

February 25, 2011

RICHARD H. WEARE
District Court Executive/Clerk

 s/Tammy Johnson
By: Deputy Clerk

cc: (all counsel)