Mark A. Nadeau (Bar No. 011280)
mark.nadeau@dlapiper.com
Leon Medzhibovsky (*pro hac vice*)
leon.m@dlapiper.com
Allison L. Kierman (Bar No. 024414)
allison.kierman@dlapiper.com
Airina L. Rodrigues (*pro hac vice*)
airina.rodrigues@dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road,
Esplanade II, Suite 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101

Attorneys for Defendants
Hugo Boss USA, Inc. and Hugo Boss Retail, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

XY SKIN CARE & COSMETICS, L.L.C., an Arizona limited liability company, MICKY A. GUTIER, an individual, and ALBERTO GUTIER III, an individual,

Plaintiffs,

v.

HUGO BOSS USA, INC., a Delaware corporation, HUGO BOSS RETAIL, INC., a Delaware corporation, XYZ CORPORATION, ABC CORPORATION, and JOHN and JANE DOES,

Defendants.

---

HUGO BOSS USA, INC., a Delaware corporation, HUGO BOSS RETAIL, INC., a Delaware Corporation,

Counterclaimants,

v.

XY SKIN CARE & COSMETICS, L.L.C., an Arizona limited liability company, MICKY A. GUTIER, an individual, and ALBERTO GUTIER, III, an individual,

Counterdefendants.

CASE NO. 2:08-cv-01467-PHX

**NOTICE OF SETTLEMENT**

Before: the Hon. Roslyn O. Silver

Following this Court's Order and Entry of Judgment of February 25, 2011 [Docket Nos. 151 and 152], the Parties participated in a mediation conference on March 8, 2011. During this mediation the Parties agreed to certain terms, including Plaintiffs' waiver of any right of appeal from the Order and Judgment of February 25, 2011, and from any stipulated Final Judgment requested by the Parties.

The Parties also agreed to stipulate to a Final Judgment. This judgment will amend and supersede the Judgment entered on February 25, 2011, and will be consistent with the Order and Judgment of February 25, 2011.

In light of the foregoing, Hugo Boss respectfully requests that this case be stayed and moved to inactive status pending the parties' execution and entry of a stipulated Final Judgment.

RESPECTFULLY SUBMITTED this 11th day of March, 2011.

By: *s/ Leon Medzhibovsky*
**DLA PIPER LLP (US)**
Mark A. Nadeau
Leon Medzhibovsky
Allison L. Kierman
Airina L. Rodrigues
*Attorneys for Defendants Hugo Boss USA, Inc. and Hugo Boss Retail, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Thomas P. McGovern
McGovern Law Offices
4518 North 32nd Street, Suite 1000
Phoenix, AZ 85018

*Attorney for Plaintiffs*

s/ Pat Kelly